UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

FILED BY _____ D.C.

05 OCT 12 AM 9: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. **STACY FLOYD**                                   Docket No. **2:00CR20079-003**

### Petition on Probation and Supervised Release

**COMES NOW** _FREDDIE MCMASTER II_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Stacy Floyd who was placed on supervision by the Honorable Julia S. Gibbons sitting in the Court at Memphis, TN on the 15th day of June, 2001 who fixed the period of supervision at five (5) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $5,915.39 restitution ($5,915.39 balance).

The defendant shall participate in drug testing and treatment as deemed appropriate by the probation office.

The defendant shall make full financial disclosure as directed by the probation office.

*Term of Supervised Release began July 15, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Floyd is currently employed as a plumber's helper. It is recommended the Court approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Stacy Floyd's restitution payments be set at ten percent (10%) of his monthly gross income payable by the end of each month.

**ORDER OF COURT**

Considered and ordered this _11_ day of _October_, 200_5_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Freddie McMaster II_
Freddie McMaster II
Probation Officer

**Place** Memphis, Tennessee

**Date** September 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 398 in case 2:00-CR-20079 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT